

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00234-CR

**IN RE** Nieves **REQUENEZ**

Original Proceeding[1]

PER CURIAM
Concurring Opinion by: Lori I. Valenzuela, Justice

Sitting:     Rebeca C. Martinez, Chief Justice
            Lori I. Valenzuela, Justice
            Lori Massey Brissette, Justice

Delivered and Filed: June 18, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On April 10, 2025, relator filed a petition for writ of mandamus challenging certain special conditions of release on bail. To be entitled to mandamus relief in a criminal case, the relator must demonstrate (a) that the trial court violated a ministerial duty, not involving a discretionary or judicial decision; and (b) there is no other adequate remedy at law. *In re Sanchez*, 675 S.W.3d 339, 341 (Tex. App. – San Antonio 2023, orig. proceeding) (quoting *State ex rel. Young v. Sixth Judicial Dist. Ct. App. at Texarkana*, 236 S.W.3d 207, 210 (Tex. Crim. App. 2007) (orig. proceeding). After considering the petition, record, and law, the court has

---

[1]This proceeding arises out of Cause No. 2025CC003760, styled *The State of Texas v. Nieves Micaela Requenez*, pending in the County Court at Law No. 12, Bexar County, Texas, the Honorable Yolanda T. Huff presiding.

determined that relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM